UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY COULTRIP, ROBERT CHENAULT, DAVID HADLEY, DANA HIGGS, and BENAIAS ALBARRAN, on behalf of themselves and others similarly situated,<br><br>       Plaintiffs,<br><br> -against-<br><br>PFIZER, INC., et al.,<br><br>       Defendants. | Index No.: 06 Civ. 09952 (JCF)<br><br>**NOTICE OF MOTION TO CONSOLIDATE AND FOR LEAVE TO FILE CONSOLIDATED AND AMENDED COMPLAINT** |
| AYISHA JETER, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br> -against-<br><br>PFIZER, INC.,<br><br>       Defendant. | Index No.: 06 Civ. 15200 (JCF) |
| FERNANDO OBLITAS-RIOS, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br> -against-<br><br>PFIZER, INC., a California Corporation; and DOES 1-100, inclusive,<br><br>       Defendants. | Index No.: 07 Civ. 04532 (JCF) |

   PLEASE TAKE NOTICE that upon the accompanying supporting memorandum of law and the exhibits annexed thereto, and upon all prior proceedings and pleadings, Plaintiffs will move this Court at the United States Courthouse for the Southern District

of New York, 500 Pearl Street, Room 18D, New York, New York, before the Honorable James C. Francis, United States Magistrate Judge, for an Order (1) consolidating the above-captioned cases for all purposes and (2) granting leave to file a consolidated amended complaint.

Dated: January 21, 2011  
      New York, New York

Respectfully submitted,  
EMERY CELLI BRINCKERHOFF  
 & ABADY LLP

By: /s/ Matthew D. Brinckerhoff  
Matthew D. Brinckerhoff  
Elizabeth S. Saylor  
Adam R. Pulver (*not yet admitted in SDNY*)  
Samuel Shapiro  
75 Rockefeller Plaza, 20th Fl.  
New York, New York 10019  
Tel.: (212) 763-5000  
Fax: (212) 763-5001

Charles Joseph  
Michael Palmer  
Daniel Maimon Kirschenbaum  
JOSEPH & HERZFELD, LLP  
233 Broadway, 5th Fl.  
New York, New York 10279  
Tel.: (212) 688-5640  
Fax: (212) 688-2548

Christopher Bruce Hitchcock  
HITCHCOCK & CUMMINGS LLC  
757 Third Avenue, 25th Fl.  
New York, New York 10017  
Tel.: (212) 688-3025 x25  
Fax: (212) 688-3040

Christopher A. Seeger  
Christopher M. Van de Kieft  
Stephen A. Weiss  
SEEGER WEISS LLP  
One William Street  
New York, New York 10004  
Tel.: (212) 584-0700  
Fax: (212) 584-0799

Eric B. Kingsley*  
KINGSLEY & KINGSLEY  
City National Bank Building  
16133 Ventura Boulevard, Suite 1200  
Encino, California 91436  
Tel.: (818) 990-8300  
Fax: (818) 990-2903

Ira Spiro*  
Gregory N. Karasik  
SPIRO MOSS BARNESS LLP  
11377 West Olympic Boulevard, 5th Floor  
Los Angeles, California 90064

James A. Jones*  
GILLESPIE, ROZEN, WATSKY & JONES, P.C.  
3402 Oak Grove Avenue, Suite 200  
Dallas, Texas 75204

Tel.: (310) 235-2468          Tel.: (214) 720-2009
Fax: (310) 235-2456           Fax: (214) 720-2291

Steven Lance Wittels
SANFORD WITTELS & HEISLER, LLP
950 Third Avenue, 10th Fl.
New York, New York 10022
Tel.: (646) 723-2947
Fax: (646) 723-2948

*Attorneys for Named Plaintiffs except Jeter and Oblitas-Rios; FLSA collective action members; and California, New York and Illinois putative class members*

Daniel A. Osborn
Adrianne J. Leven
OSBORN LAW, P.C.
295 Madison Avenue, 39th Fl.
New York, New York 10017
Tel.: (212) 725-9800
Fax: (212) 725-9808
*Attorneys for Plaintiff Jeter
and New York putative class members*

Michael D. Singer*
Timothy D. Cohelan*
J. Jason Hill*
COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, California 92101
Tel.: (619) 595-3001
Fax: (619) 595-3000

Roger R. Carter
THE CARTER LAW FIRM
2030 Main Street, 13th Fl.
Irvine, California 92614
Tel.: (949) 260-4737
Fax: (949) 260-4754

*Attorneys for Plaintiff Oblitas-Rios
and California putative class members*

* Admitted *Pro Hac Vice*