UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY COULTRIP, ROBERT CHENAULT, DAVID HADLEY, DANA HIGGS, and BENAIAS ALBARRAN, on behalf of themselves and others similarly situated,<br><br>                    Plaintiffs,<br><br>     -against-<br><br>PFIZER, INC., et al.,<br><br>                    Defendants. | Index No.: 06-cv-9952 (JCF)<br><br>**NOTICE OF APPEARANCE**<br><br>**ECF Case** |

PLEASE TAKE NOTICE that Adam R. Pulver of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for named plaintiffs and opt-in plaintiffs, except those who have withdrawn, chosen their own attorney, or requested to proceed pro se in the above-entitled action and requests that all papers filed through the ECF system be served upon him by his e-mail at apulver@ecbalaw.com.

Dated:  New York, New York
        March 4, 2011

                                        By:  _____/s/_____

                                        Adam R. Pulver (AP 1222)
                                        EMERY CELLI BRINCKERHOFF &
                                        ABADY LLP
                                        75 Rockefeller Plaza, 20th Floor
                                        New York, New York, 10019
                                        (212) 763-5000

                                        *Attorneys for Plaintiffs*