USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY COULTRIP et al.,

                              Plaintiffs,          Index No.: 06 Civ. 09952 (JCF)

         -against-

PFIZER, INC.,

                              Defendant.

AYISHA JETER, on behalf of herself and
all others similarly situated,

                              Plaintiff,           Index No.: 06 Civ. 15200 (JCF)

         -against-

PFIZER, INC.,

                              Defendant.

FERNANDO OBLITAS-RIOS, on behalf
of himself and all others similarly situated,

                              Plaintiff,           Index No.: 07 Civ. 4532 (JCF)

         -against-

PFIZER, INC., a California Corporation,

                              Defendant.

## STIPULATION AND ORDER OF DISMISSAL

         IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ.

P. 41(a)(1)(A)(ii), by and between plaintiffs and defendant and is so ordered by the

Court, that all claims interposed in the above-captioned actions, as well as the above-

captioned actions, are dismissed with prejudice and with each party to bear its own fees

and costs.

Case 1:06-cv-09952-JCF   Document 2927   Filed 12/19/12   Page 2 of 4

Dated: December __, 2012
    New York, New York


LITTLER MENDELSON, P.C.

By: _____
    Kimberly J. Gost

Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
Tel: (267) 402-3029
Fax: (267) 402-3131
*Attorneys for Defendant Pfizer, Inc.*


EMERY CELLI BRINCKERHOFF
& ABADY LLP

By: _____
    Matthew D. Brinckerhoff

75 Rockefeller Plaza, 20th Floor
New York, NY 10019
Tel: (212) 763-5000
Fax: (212) 763-5001

*Attorneys for Plaintiffs in Coultrip v. Pfizer*


OSBORN LAW, P.C.

By: _____
    Daniel A. Osborn

295 Madison Avenue, 39th Fl.
New York, New York 10017
Tel.: (212) 725-9800
Fax: (212) 725-9808
*Attorneys for Plaintiff Jeter*


COHELAN KHOURY & SINGER

By: _____
    Timothy D. Cohelan*

605 C Street, Suite 200
San Diego, California 92101
Tel.: (619) 595-3001
Fax: (619) 595-3000
*Attorneys for Plaintiff Oblitas-Rios*


* Admitted Pro Hac Vice

Case 1:06-cv-09952-JCF   Document 2927   Filed 12/19/12   Page 3 of 4

Dated: December __, 2012
      New York, New York


LITTLER MENDELSON, P.C.

By: _____
     Kimberly J. Gost

Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
Tel: (267) 402-3029
Fax: (267) 402-3131
*Attorneys for Defendant Pfizer, Inc.*


EMERY CELLI BRINCKERHOFF
& ABADY LLP

By: _____
     Matthew D. Brinckerhoff

75 Rockefeller Plaza, 20th Floor
New York, NY 10019
Tel: (212) 763-5000
Fax: (212) 763-5001

*Attorneys for Plaintiffs in Coultrip v. Pfizer*


OSBORN LAW, P.C.

By: _____
     Daniel A. Osborn

295 Madison Avenue, 39th Fl.
New York, New York 10017
Tel.: (212) 725-9800
Fax: (212) 725-9808
*Attorneys for Plaintiff Jeter*


COHELAN KHOURY & SINGER

By: _____
     Timothy D. Cohelan*

605 C Street, Suite 200
San Diego, California 92101
Tel.: (619) 595-3001
Fax: (619) 595-3000
*Attorneys for Plaintiff Oblitas-Rios*


* Admitted Pro Hac Vice

Case 1:06-cv-09952-JCF   Document 2927   Filed 12/10/12   Page 4 of 4

Dated: December __, 2012
     New York, New York


LITTLER MENDELSON, P.C.

By: _____
    Kimberly J. Gost

Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
Tel: (267) 402-3029
Fax: (267) 402-3131
*Attorneys for Defendant Pfizer, Inc.*


EMERY CELLI BRINCKERHOFF
& ABADY LLP

By: _____
    Matthew D. Brinckerhoff

75 Rockefeller Plaza, 20th Floor
New York, NY 10019
Tel: (212) 763-5000
Fax: (212) 763-5001

*Attorneys for Plaintiffs in Coultrip v. Pfizer*


OSBORN LAW, P.C.

By: Daniel Osborn
    Daniel A. Osborn

295 Madison Avenue, 39th Fl.
New York, New York 10017
Tel.: (212) 725-9800
Fax: (212) 725-9808
*Attorneys for Plaintiff Jeter*


COHELAN KHOURY & SINGER

By: _____
    Timothy D. Cohelan*

605 C Street, Suite 200
San Diego, California 92101
Tel.: (619) 595-3001
Fax: (619) 595-3000
*Attorneys for Plaintiff Oblitas-Rios*


* Admitted Pro Hac Vice


12/20/12
SO ORDERED.
James C. Francis IV
USMJ